## THIRD DISTRICT.

## Taylorville Savings, Loan and Building Association, Appellant, v. W. B. McBride et al., Appellees.

### Gen. No. 9,175.

opinion filed April 24, 1939; rehearing denied October 3, 1939. J. E. Hogan and Harold Broverman, for appellant; Hershey & Bliss and Daniel H. Dailey, for appellees. Opinion by PRESIDING JUSTICE RIESS. "Not to be published in full."